DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of V.G. and E.G., minor children.

B.G.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM
PROGRAM,

Appellees.

No. 2D2025-3108

_____

March 18, 2026

Appeal from the Circuit Court for Hillsborough County; Daryl Manning,
Judge.

Jean M. Henne of Jean M. Henne, P.A., Winter Haven, for Appellant.

Mary Soorus, Appellate Counsel, Children's Legal Services, Tampa, for
Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee,
Assistant Director of Appeals, Statewide Guardian ad Litem Office,
Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

   Affirmed.

NORTHCUTT, VILLANTI, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.